JAI M. GOHEL
Attorney at Law (CSBN 170782)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Attorney for Defendant
GREGORY LOUIS GOLSTON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LEWIS GOLSTON<br><br>Defendant. | **CR. No. 13-242 WHA**<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE: DEADLINE FOR**<br>**SUMBISSION AND LODGING OF**<br>**DOCUMENTS SECURING PRETRIAL**<br>**RELEASE BOND WITH REAL**<br>**PROPERTY** |

WHEREAS:

(1)   On June 10, 2013, defendant in GREGORY LEWIS GOLSTON was ordered released from custody upon a bond to be secured by real property, to whit: 5 Pacini Avenue, Pittsburg, California;

(2)   All documents and instruments securing said bond were ordered to be lodged with the Clerk of this Court by June 25, 2013;

(3)   The defense diligently set about securing and executing said documents, and has submitted them to the United States Attorney for approval. However, despite the Defense's best efforts there was insufficient time for the Government to adequately review and approve said

*Stipulation & Order*
*United States v. Gregory Louis Golston, CR. 13-242-WHA*

documents, and for the defense to properly record the Deed of Trust as required by the Court's General Order number 55 by the June 25th due date; and

    (4)    The parties have met and conferred upon this issue pursuant to General Order number 55;

IT IS THEREFORE STIPULATED AND AGREED by Jai M. Gohel, attorney for defendant GREGORY LOUIS GOLSTON, and Assistant United States Attorney Kevin Barry that the time for Defendant to lodge completed documentation securing his bond shall be extended one week to July 3, 2013.

Dated: June 25, 2013

                                                                                                          _____*/S/ Jai M. Gohel*_____
JAI M. GOHEL
Attorney for Defendant
GREGORY LOUIS GOLSTON

Dated: June 25, 2013

                                                                                                          _____*/S/ Kevin Barry*_____
KEVIN BARRY
Assistant United States Attorney

**SO ORDERED:**

Dated: June 28, 2013

                                                                                              _____
Hon. LAUREL BEELER
United States Magistrate Judge

*Stipulation & Order*
*United States v. Gregory Louis Golston, CR. 13-242-WHA*